STATE OF NEW JERSEY v. JAMES FRANKLIN IRBY.

January 5, 1977. Petition for certification denied.

GEORGE STILL v. BOARD OF TRUSTEES OF THE PUBLIC EMPLOYEES RETIREMENT SYSTEM.

January 5, 1977. Petition for certification denied. (See 144 *N. J. Super.* 103)

STATE OF NEW JERSEY v. WALTER DANIELS.

January 5, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES ANCRUM.

January 5, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST CRUMEDY, JR.

January 5, 1977. Petition for certification granted. (See 144 *N. J. Super.* 25)

STATE OF NEW JERSEY v. FELTON TERRELL.

January 5, 1977. Petition for certification denied.